# EXHIBIT B

Filed
2019-DCL-02368
4/17/2019 5:22 PM
Cameron County - 103rd District Court
Eric Garza
Cameron County District Clerk
By Viviana Fuentes Deputy Clerk
32880741

# LAWRENCE LAW FIRM
### *A Professional Corporation*

3112 Windsor Rd. #A234
Austin, Texas 78703
(956) 994-0057
(800) 507-4152 fax

April 17, 2019

2019-DCL-02368

*Via E-Filing*
Eric Garza, District Clerk
Cameron County Courthouse
974 E. Harrison St.
Brownsville, Texas 78520

> RE:   **NEW FILING:** *Sotero Cepeda, et al v. World Atlantic Leasing, LLC dba Word Atlantic Airlines*

Dear District Clerk:

By this letter, we kindly ask that you file the enclosed petition with request for a jury, and that you please prepare one citation for the following defendant and return it to us via email to email address: lawrencefirm@gmail.com

a.   Defendant, World Atlantic Leasing, LLC is a Florida Limited Liability Company which does business as World Atlantic Airlines and conducts business in Brownsville, Cameron County, Texas. Defendant may be served through its registered agent Tomas Romero, at 6355 NW 36TH ST. SUITE #100, Virginia Gardens, FL 33166 or wherever found.

If you have any questions, please feel free to contact me directly at 956-792-6286 or by email at lawrencefirm@gmail.com.

Warmest Regards,

/s/ Michael A. Lawrence

LARRY W. LAWRENCE, JR.
MICHAEL A. LAWRENCE

Elvira S. Ortiz



# OFFICE OF THE DISTRICT CLERK
# ERIC GARZA

FILED - 11/5/2019 3:53 PM
2019-DCL-02368 / 38245210
ELVIRA S. ORTIZ
Cameron County District Clerk
By Christina Hernandez Deputy Clerk

974 East Harrison Street • Brownsville, TX 78520
(956) 544-0838 • (956) 544-0841 Facsimile

# COVER LETTER REQUEST

DATE: November 5, 2019
CAUSE NUMBER: 2019-DCL-2368
STYLE OF THE CASE:
Sotero Cepeda, et al                     VS      World Atlantic Leasing, LLC

## ENCLOSED FOR FILING, PLEASE FIND THE FOLLOWING:

☐ Plaintiff's Original Petition      ☐ Plaintiff's _____ Amended Petition
☐ Defendant's Original Answer     ☐ Defendant's _____ Amended Answer
☐ Our Firm Check in the Amount of _____
☐ Motion _____
☐ Order _____
☐ Judgment _____
☐ Jury Fee Request and Deposit _____
☐ Other _____

## PLEASE INDICATE YOUR REQUEST BELOW:

☐ Request for Issuance of Writ of          $15.00    Paid By: _____
   Withholding to Employer
☐ Prepare an Abstract of Judgment          $8.00    Paid By: _____
☐ Prepare a Writ of Execution              $8.00    Paid By: _____
☐ Prepare an Order of Sale                 $8.00    Paid By: _____

☐ Prepare Citation and return for Out of County Service
☐ Prepare Citation and have Defendant(s) served by the Sheriff's Office
☐ Prepare Citation by Certified Mail, Return Receipt Requested
☐ Prepare Citation and have Defendant(s) served by Civil Process Server: _____
☒ Prepare Citation and return by email to:        hbruno@mmkfirm.com
☐ File among the papers in the above styled and numbered cause
☒ Other:        Please prepare a citation for each defendant in connection with our Petition In Intervention

Signature: _____

☒ Attorney          ☐ Party in the Case          ☐ Other
Print Name:    Scott R. Huete

Received By:    Deputy District Clerk
Check# _____    Cash

LAST UPDATED ON:  2/23/2015

## Case Information

2019-DCL-02368 | Sotero Cepeda,Jaydee Cantu,Erika Exinia,Minerva Garcia,Edgar Gonzalez,Jose Gonzalez,Jose Mancillas,Jose Munoz,Alberto Oliveira, Jr.,Emmanuel Pizana,Felipe Ramirez,Dror Saar,Catalina Shull,Alejandra Silveyra,Arturo Turribiates vs. World Atlantic Leasing, LLC dba World Atlantic Airlines

| Case Number | Court | Judicial Officer |
|---|---|---|
| 2019-DCL-02368 | 103rd District Court | Leal, Janet |
| File Date | Case Type | Case Status |
| 04/17/2019 | Other Injury or Damage | Pending |

## Party

Plaintiff
Cepeda, Sotero

Active Attorneys ▾
Lead Attorney
LAWRENCE, LARRY W., Jr.
Retained

Plaintiff
Cantu, Jaydee

Active Attorneys ▾
Lead Attorney
LAWRENCE, LARRY W., Jr.
Retained

Plaintiff
Exinia, Erika

Active Attorneys ▾
Lead Attorney
LAWRENCE, LARRY W., Jr.
Retained

| Plaintiff<br>Garcia, Minerva | Active Attorneys ▼<br>Lead Attorney<br>LAWRENCE, LARRY W., Jr.<br>Retained |
| --- | --- |
| Plaintiff<br>Gonzalez, Edgar | Active Attorneys ▼<br>Lead Attorney<br>LAWRENCE, LARRY W., Jr.<br>Retained |
| Plaintiff<br>Gonzalez, Jose | Active Attorneys ▼<br>Lead Attorney<br>LAWRENCE, LARRY W., Jr.<br>Retained |
| Plaintiff<br>Mancillas, Jose | Active Attorneys ▼<br>Lead Attorney<br>LAWRENCE, LARRY W., Jr.<br>Retained |
| Plaintiff<br>Munoz, Jose | Active Attorneys ▼<br>Lead Attorney<br>LAWRENCE, LARRY W., Jr.<br>Retained |
| Plaintiff<br>Oliveira, Alberto, Jr. | Active Attorneys ▼<br>Lead Attorney<br>LAWRENCE, LARRY W., Jr. |

Retained

---

Plaintiff
Pizana, Emmanuel

Active Attorneys ▼
Lead Attorney
LAWRENCE, LARRY
W., Jr.
Retained

---

Plaintiff
Ramirez, Felipe

Active Attorneys ▼
Lead Attorney
LAWRENCE, LARRY
W., Jr.
Retained

---

Plaintiff
Saar, Dror

Active Attorneys ▼
Lead Attorney
LAWRENCE, LARRY
W., Jr.
Retained

---

Plaintiff
Shull, Catalina

Active Attorneys ▼
Lead Attorney
LAWRENCE, LARRY
W., Jr.
Retained

---

Plaintiff
Silveyra, Alejandra

Active Attorneys ▼
Lead Attorney
LAWRENCE, LARRY
W., Jr.
Retained

---

Plaintiff
Turribiates, Arturo

Active Attorneys ▼

Lead Attorney
LAWRENCE, LARRY
W., Jr.
Retained

Intervenor (Participant)
American Zurich Insurance Company

Active Attorneys ▼

Lead Attorney
Huete, Scott R.
Retained

Defendant
World Atlantic Leasing, LLC dba World Atlantic
Airlines

Address
6355 NW 36th St. Suite #100
Virginia Gardens FL 33166

## Events and Hearings

04/17/2019 Original Petition (OCA) ▼

Comment
Plaintiff's Original Petition

04/17/2019 Efiled Original Petition Document ▼

Plaintiff's Original Petition

Comment
Plaintiff's Original Petition

04/17/2019 Cover Letter - Request ▼

Cover Letter

Comment
Cover Letter

04/30/2019 Jury Fee Paid (OCA)

04/30/2019 Citation Issued ▾

Citation - Personal Service

> Comment
> Emailed Citation to 'lawrencefirm@gmail.com' As Requested V.F.

04/30/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

06/10/2019 Intervention ▾

> Comment
> Petition In Intervention

11/05/2019 Request ▾

Cover Letter Requesting Citation Issuance.pdf

> Comment
> Request for issuance of citation

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Citation Issued

11/19/2019 Service Return ▼

Comment
Citations e-mailed to hbruno@mmkfirm.com as requested.

11/19/2019 Citation ▼

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▼

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▼

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▼

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▼

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

11/19/2019 Citation ▾

Unserved

Anticipated Server
Civil Process Server

Anticipated Method
In Person

04/08/2020 Service Return ▾

Comment
Affidavit of Service and Citation- World Atlantic Leasing, LLC

## Financial

Cepeda, Sotero

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $357.00 |
| Total Payments and Credits | | | | $357.00 |

| | | | | |
|---|---|---|---|---|
| 4/18/2019 | Transaction Assessment | | | $357.00 |
| 4/18/2019 | E-File Electronic Payment | Receipt # 2019-19622 | Cepeda, Sotero | ($357.00) |

American Zurich Insurance Company

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $210.00 |
| Total Payments and Credits | | | | $210.00 |

| | | | | |
|---|---|---|---|---|
| 6/11/2019 | Transaction Assessment | | | $82.00 |
| 6/11/2019 | E-File Electronic Payment | Receipt # 2019-28561 | American Zurich Insurance Company | ($82.00) |
| 11/6/2019 | Transaction Assessment | | | $128.00 |
| 11/6/2019 | E-File Electronic Payment | Receipt # 2019-48256 | American Zurich Insurance Company | ($128.00) |

## Documents

Plaintiff's Original Petition

Cover Letter

Citation - Personal Service

Cover Letter Requesting Citation Issuance.pdf